UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

ALEKSEY SHAPURKIN

                Plaintiff,

        -against-

                Defendants,

SSI SERVICES FLQ, INC. and ANDREW WELCH

_____X

STIPULATION OF DISCONTINUING WITH PREJUDICE
INDEX# CV-03-5240 (ARR)(KAM)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that where as no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same is hereby discontinued with prejudice as against the defendant(s) SSI SERVICES FLQ, INC. and ANDREW WELCH, either party as against the other. This stipulation may be filed without further notice with the clerk of the Court.

[handwritten margin note: ASCC Services, Inc. S/H/ as]

Dated: OCTOBER 25, 2005
BY: _____
Quirk and Bakazor, P.C.
Attorney(s) for DefendantS

BY: _____
MARK J. LINDER
HARMON, LINDER & ROGOWSKY
42 BROADWAY SUITE 1227
NEW YORK NY 10004
212-732-3665
212-732-1462

[handwritten: So ordered. USDJ 12/9/05]